In the Matter of the Claim of LEO COLOMBE, Respondent, against FRANK J. LAPIER and Another, Appellants.

STATE INDUSTRIAL BOARD, Respondent.

*Workmen's compensation — without operation, evidence sustains permanent total disability — no unreasonable refusal to have operation — carrier presented reasonable grounds to have hearings held in Syracuse and New York city — application should have been made to State Industrial Board.*

Appeal from awards of the State Industrial Board, made on December 9, 1926, and on September 21, 1927.

PER CURIAM. In claimant's present condition, without operation, there is evidence of permanent disability which is substantially and practically total. An award for permanent partial disability would not change the result, so far as this award is concerned. There is a possibility that an operation in the future may change the status to a permanent partial disability with substantial earning capacity, but there is no issue of unreasonable refusal of an operation affecting this award. We think the carrier presented reasonable grounds to have hearings held in Syracuse and New York to take testimony of physicians who had examined the claimant, where the carrier offered to pay the expense of claimant and his attorney and where such physicians had examined claimant at his request and at the expense of the carrier and would be so seriously inconvenienced if compelled to testify at Schenectady as to make them practically unavailable as witnesses.

---

* Reversing 130 Misc. 281.

We think, however, that the carrier should have made its application to the Board rather than to the referee, whose other duties may have justified him in refusing personally to sit in Syracuse or New York. Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ., concur. Award unanimously affirmed, with costs to the State Industrial Board.